UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICIA ARTIS, | § |
| Plaintiff, | § § § |
| v. | §   No. 4:11−cv−04109 |
| GC SERVICES, LP, | § § § § |
| Defendant. | § |

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, PATRICIA ARTIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:    /s/ Michael S. Agruss, Esq.
Michael S. Agruss, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Flr
Chicago, IL 60602
magruss@consumerlawcenter.com
P: (323) 988-2400 x 235
FAX: (866) 620-2956

## CERTIFICATE OF SERVICE

I, Michael S. Agruss, herby certify that on December 28, 2011, Plaintiff's Notice of Settlement was filed via the ECF System. A copy of said Notice was served upon Brad Batig, counsel for defendant, by way of electronic mail at brad.batig@gcserv.com.

By:   /s/ Michael S. Agruss, Esq.
Michael S. Agruss, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Flr
Chicago, IL 60602
magruss@consumerlawcenter.com
P: (323) 988-2400 x 235
FAX: (866) 620-2956