UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA ARTIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 4:11−cv−04109 |
| | § | |
| | § | |
| GC SERVICES, LP, | § | |
| | § | |
| Defendant. | § | |

## VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES Plaintiff, PATRICIA ARTIS ("Plaintiff"), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES, LP ("Defendant"), in this case.

RESPECTFULLY SUBMITTED,

By:   /s/ Michael S. Agruss, Esq.
      Michael S. Agruss, Esq.
      Attorney for Plaintiff
      Krohn & Moss, Ltd.
      10 N. Dearborn, 3rd Flr
      Chicago, IL 60602
      magruss@consumerlawcenter.com
      P: (323) 988-2400 x 235
      FAX: (866) 620-2956

## **CERTIFICATE OF SERVICE**

I, Michael S. Agruss, herby certify that on February 10, 2012, Plaintiff's Notice of Voluntary Dismissal was filed via the ECF System. A copy of said Notice was served upon Brad Batig, counsel for defendant, by way of electronic mail at brad.batig@gcserv.com.

By: /s/ Michael S. Agruss, Esq.
Michael S. Agruss, Esq.
Attorney for Plaintiff
Krohn & Moss, Ltd.
10 N. Dearborn, 3rd Flr
Chicago, IL 60602
magruss@consumerlawcenter.com
P: (323) 988-2400 x 235
FAX: (866) 620-2956