IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICIA ARTIS, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> GC SERVICES, LP, § <br> Defendant. § | CIVIL ACTION NO. H-11-4109 |

## **ORDER OF DISMISSAL**

Pursuant to Plaintiff Patricia Artis's Voluntary Dismissal [Doc. # 4], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this 10th day of **February, 2012**.

_____
Nancy F. Atlas
United States District Judge